# United States District Court
# For The Western District of North Carolina
# Asheville Division

Philip B. Greer,

       Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                                    1:08cv33

United States of America,

       Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/17/10 Order.


                                                        FRANK G. JOHNS, CLERK

May 17, 2010

                                                        BY: s/Sharon Wilson
                                                              Sharon Wilson, Deputy Clerk